THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL NOBLE, Appellant, v. JOHN F. HYLAN and Others, Composing the Board of Estimate and Apportionment of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

LILLIAN E. RICHTER, Respondent, v. MARY A. PALMER and Others, Defendants. CLARENCE MORTIMER PALMER and HENRY F. COCHRANE, Appellants.— Appeal dismissed, with ten dollars costs and disbursements. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

BENNY GREGONIS, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Motion to resettle order granted, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.   Settle order on notice before Mr. Justice Jaycox.

ANDSTEN BUILDING CORPORATION and JOHN FARRELL, Receiver, Appellants, v. EMMA BEATRICE KRUSE, Defendant. "NATHAN" M. CHURCH, Said Name Nathan Being Fictitious, etc., Respondent.— The payment to the defendant Kruse may not be urged as a defense against the plaintiff in this action. (*Fletcher* v. *McKeon*, 71 App. Div. 278, 282.)   The order of the County Court of Kings county is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

HERMAN APFELBAUM, Appellant, v. ALBERT B. GROSS and Another. WILLIAM M. ENGEL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

JAMES H. CALDWELL, as the Owner and Holder of Ninety-four of the Land Purchase Fund Shares of Ocean View Cemetery, Suing on Behalf of Himself and Others Similarly Situated, Appellant, v. JOSEPH JOHNSON and GEORGE W. JOHNSON, Copartners, etc., and OCEAN VIEW CEMETERY, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of ELSIE WAGNER, Respondent, v. JACOB SIMONITSCH, Appellant.— Order of filiation of the Court of Special Sessions affirmed, with costs. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

JESSIE COVERT, Respondent, v. SAMUEL DREYER, Appellant, and MARSHALL GIBSON, Defendant.— Order modified by allowing service of amended answer upon the condition that the defendant pay $200 instead of $500; and as so modified affirmed, without costs. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

PASQUALE D'AMBRA, Respondent, v. PHILIP RHINELANDER, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

HENRY DAVIDSON, Appellant, v. STEPHEN BULKLEY, Individually and as Surviving Partner, etc., Respondent, Impleaded with AMELIA M. DAVIDSON, Appellant, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.